**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
JOEL GAMINO (SBN 334006)
jgamino@dollamir.com
515 S. Flower Street, Suite 1812
Los Angeles, California 90071
Tel:  213.542.3380
Fax: 213.542.3381

Attorneys for Defendant,
CAPITAL ONE, N.A. (erroneously sued as "Capital One Financial Corporation (Capital One National Association)")

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liliya Tchistiak,<br><br>       Plaintiff,<br><br>v.<br><br>Capital One Financial Corporation (Capital One National Association),<br><br>       Defendant. | Case No. **'25CV2387 TWR SBC**<br><br>**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 (FEDERAL QUESTION), AND 28 U.S.C. § 1367(a) (SUPPLEMENTAL JURISDICTION)**<br><br>[San Diego County Superior Court Case No. 25CU036393C]<br><br>Complaint Filed:  07/10/2025<br>Trial Date:            TBA |

NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 (FEDERAL QUESTION), AND 28 U.S.C. § 1367(a) (SUPPLEMENTAL JURISDICTION)

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Capital One, N.A. ("Capital One"), erroneously sued as "Capital One Financial Corporation (Capital One National Association)," hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a), 28 U.S.C. § 1331, and 28 U.S.C. § 1367(a), and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

## I. JURISDICTION

1. Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331 because the Complaint filed by Plaintiff Liliya Tchistiak ("Plaintiff") alleges causes of action and damages arising under 42 U.S.C. § 1981, the Equal Credit Opportunity Act, 15 U.S.C. § 1691 ("ECOA"), the Fair Credit Reporting Act, 15 U.S.C. § 1681 ("FCRA"), and the Electronic Fund Transfer Act, 15 U.S.C. § 1693 ("EFTA"). Further, the Court has supplemental jurisdiction over any state law cause of action alleged in the Complaint pursuant to 28 U.S.C. § 1367(a).

## II. STATEMENT OF THE CASE

2. On July 10, 2025, Plaintiff filed the Complaint in the San Diego County Superior Court, State of California, designated as Case No. 25CU036393C (the "Action"). Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders received by Capital One in the Action are attached hereto as *Exhibit A*.

3. By Plaintiff's Complaint, Plaintiff contends that Capital One's "conduct constitutes a direct violation of Plaintiff's rights under" numerous federal statutes, including but not limited to the ECOA, FCRA, and EFTA. *See* Ex. A, BC-2; *see also id.*, BC-1.

### III. BASIS FOR REMOVAL

4. This Court has jurisdiction over the Action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges that she seeks damages for Capital One's purported violation of, inter alia, the ECOA, FCRA, and EFTA (*see* Ex. A, BC-1-2) which are laws of the United States. Thus, adjudication of Plaintiff's Complaint requires an analysis and construction of federal law.

5. This Action may be removed to this Court by Capital One pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claims arising under 42 U.S.C. § 1981 and the ECOA, FCRA, and EFTA.

6. Further, the Court has supplemental jurisdiction over any state law cause of action alleged in the Complaint pursuant to 28 U.S.C. § 1367(a) because they appear "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy." 28 U.S.C. § 1367(a).

### IV. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

7. <u>Removal is timely</u>. Service was made via personal service on Capital One's registered agent for service of process on August 13, 2025. Therefore, this Notice of Removal is "filed within 30 days after the receipt by the defendant . . . of a copy of [Plaintiff's Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. § 1446(b). *See Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344 (1999) (holding that the deadline to remove only begins to run once formal service has been effectuated).

8. <u>Removal to Proper Court</u>. Venue lies in the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1441(a) because the Action was filed in this District.

9. <u>Consent to Removal</u>. Capital One is the only named Defendant in the Action and therefore no consent of additional parties is required.

10. <u>Pleadings and Process</u>. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders received by Capital One in the Action are attached hereto as *Exhibit A*.

11. <u>Notice</u>. Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff. Capital One will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of San Diego.

**WHEREFORE** Capital One prays that the Action, now pending against it in the Superior Court of the State of California, County of San Diego, be removed therefrom to this Court.

DATED: September 12, 2025         DOLL AMIR & ELEY LLP

By: */s/ Hunter R. Eley*
    HUNTER R. ELEY
    JOEL GAMINO
Attorneys for Defendant,
CAPITAL ONE, N.A.(erroneously sued as "Capital One Financial Corporation (Capital One National Association)")

4

NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 (FEDERAL QUESTION), AND 28 U.S.C. § 1367(a) (SUPPLEMENTAL JURISDICTION)